IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON BURGETT,<br>　　Petitioner, | Civil Action No. 7:07-CV-00324 |
| v. | **ORDER** |
| TERRY O'BRIEN, WARDEN,<br>　　Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED**.

The Clerk of the Court is directed to send copies of this Order to Petitioner and counsel of record for Respondent.

**ENTER**: This 19th day of October, 2007.

　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　Senior United States District Judge